**Motion Granted and Abatement Order filed October 5, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00788-CV
_____

**BOWEN, MICLETTE & BRITT INSURANCE AGENCY, LLC, Appellant**

**V.**

**CHRISTOPHER TAYLOR, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-03943**

## ABATEMENT ORDER

On October 1, 2015, the appellant filed an unopposed motion to abate this appeal. The motion states the parties have reached an agreement to settle the issues on appeal and requests that the appeal be abated for completion of the settlement. The motion is GRANTED. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **December 4, 2015**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM